| | |
|---|---|
| Amrane Cohen<br>770 The City Drive South<br>Suite 3300<br>Orange, CA 92868<br><br><br>*Chapter 13 Trustee* | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER: 8:08-bk-12278-ES |
| *In Re:*<br><br>BARBARA ANN BUTLER<br>MERRILL BUTLER, JR.<br><br>*Debtor(s)* | (No Hearing Required) |

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER:

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ____**6/23/10**____ as docket entry number ____**41**____, recommends:

☐ APPROVAL

☒ APPROVAL on the following conditions:  Motion is not feasible as proposed, but is feasible as follows:  (1) Plan payment remains $2,153.00; (2) Plan payments are suspended for 3 months to cure existing delinquencies through 7/10; (3) next payment due 8/10; (4) Debtor's attorney to file declaration re non-receipt of objection to the motion if no objection is filed by other parties. Debtor's attorney to upload and order via LOU approving the motion if no party objects or setting the motion for hearing if a party files an objection to the motion.

☐ DISAPPROVAL for the following reasons:

☐ Set for hearing


Dated: 7/22/2010                                          __/S/_____
                                                                             Amrane Cohen, Chapter 13 Trustee

| In re:<br>    BARBARA ANN BUTLER<br>    MERRILL BUTLER, JR.<br><br>                                                                    Debtor(s). | CHAPTER 13<br><br>CASE NUMBER   8:08-bk-12278-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 770 The City Drive South, Suite 3300, Orange, CA 92868

A true and correct copy of the foregoing document described as Trustee's Comments on or Objection to Debtor's Motion TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On__ **7/22/10**I__ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Amrane Cohen            efile@ch13ac.com
    United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
                                                            ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On ___**7/22/10**___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BARBARA ANN BUTLER                          GREGORY J DOAN
MERRILL BUTLER, JR.                         25401 CABOT RD
418 BAYWOOD DRIVE                           STE 119
NEWPORT BEACH, CA 92660                     LAGUNA HILLS, CA 92653

                                                            ☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. ERITHE A. SMITH                    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/22/10    Reyna Patrick | /S/ |
|---|---|
| *Date            Type Name* | *Signature* |